AVALO, APELANTE, *v.* PORRATA ET AL., APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª.

No. 882.—Resuelto en enero 22, 1913.

ASEGURAMIENTO DE SENTENCIA—EMBARGO SIN FIANZA—DOCUMENTO AUTÉNTICO—OBLIGACIÓN EXIGIBLE.—Para que pueda decretarse el aseguramiento de sentencia sin fianza, es necesario que conste claramente en documento auténtico que la obligación es exigible, según la sección 4 de la ley para asegurar la efectividad de sentencias, aprobada en marzo 1, 1902. Los documentos presentados en este caso no muestran claramente la exigibilidad de la obligación. Resuelto por los fundamentos de la opinión emitida en el caso No. 881, *Avalo v. Porrata et al.* (pág. 20).

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. J. R. F. Savage* y *H. H. Scoville.*

Abogados de los apelados: *Sres. José A. Poventud* y *Horacio S. Belaval.*

Abogado de Clotilde Veve: *Sr. José de Guzmán Benítez.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Con fecha 26 de abril del año de 1911, Don José Avalo Sánchez presentó demanda ante la Corte de Distrito del Distrito Judicial de San Juan, Sección 1ª., contra Doña Josefa Rafaela Porrata Doria y Veve y otros, con súplica de que se dictara sentencia condenando a los demandados a respetar y cumplir lo convenido por Doña María Díaz y Siaca en cierto contrato y a pagar y entregar al demandante la suma de $36,460.05 en oro americano, los intereses sobre esa cantidad desde el 1º. de marzo de 1909 al tipo del 1 por ciento mensual hasta la fecha de su pago, las costas, daños y perjuicios sufridos por el demandante con motivo de la mora en verificar dicho pago, causados en primer lugar por la Señora Díaz y Siaca, y después por los demandados, con las costas del juicio y los honorarios de abogado también a cargo de los demandados.

Al siguiente día 27 de abril el demandante Avalo Sánchez pidió a la misma corte en moción. escrita, que para el aseguramiento de la sentencia que pudiera recaer en el pleito iniciado decretara el embargo de bienes de los demandados en cantidad suficiente a asegurar la suma de $70,000 a que alcanzarían las responsabilidades de los demandados por concepto de capital, intereses, costas, daños y perjuicios y honorarios de abogado, sin que al demandante se le exigiera prestación de fianza para el embargo solicitado por tratarse, según alega el peticionario, de la obligación de pagar una suma de dinero que constaba claramente por documento auténtico.

La Corte de Distrito de San Juan por orden de 10 de mayo del año citado, decretó el embargo de bienes de los demandados hasta cubrir la suma de $45,878.89 sin exigir fianza alguna al demandante Avalo Sánchez y habiéndose hecho oposición a dicha orden se dejó ésta sin efecto por resolución de 27 de noviembre del repetido año 1911, ordenándose el levantamiento del embargo trabado en bienes de los opositores, por los propios fundamentos de la resolución dictada en el caso número 4675 de la misma corte, previniéndose a la parte demandante, que si desea asegurar la efectividad de la sentencia que en el presente caso pueda dictarse debe prestar la fianza que la corte tenga a bien exigirle.

Dicha resolución fué apelada por Don José Avalo Sánchez y ese es el recurso sometido a nuestra consideración y decisión después de cumplidos los trámites legales.

Los documentos que la parte apelante presentó a la corte inferior para apoyar y sostener su moción de aseguramiento de sentencia sin fianza mediante embargo de los bienes de los demandados, son los mismos que han sido extractados en la opinión de esta corte emitida por nuestro asociado, Sr. Aldrey, y que sirve de fundamento a la resolución dictada en el día de hoy al resolver el recurso numero 881 de *Avalo* v. *Porrata et al.,* (pág. 20), procedente de la Corte de Distrito de San Juan, Sección 1ª.

A los hechos consignados en dicha opinión hemos de referirnos y los damos aquí por reproducidos, siendo también aplicables al presente caso los razonamientos expuestos para fundamentar la resolución recaída en el caso número 881 hoy decidido, sin que sea necesario que aquí los repitamos.

Para que pueda decretarse el aseguramiento de sentencia sin fianza, es necesario que conste claramente en documento auténtico que la obligación es exigible, según la Sección 4ª. de la Ley para asegurar la Efectividad de Sentencias, aprobada en 1º. de marzo de 1902. En el presente caso no aparece *claramente* la exigibilidad de la obligación por más que ni afirmamos ni negamos que sea exigible, lo cual ha de decidirse en la sentencia que recaiga en el pleito iniciado por Don José Avalo Sánchez.

La orden recurrida se ajusta a los hechos y a la ley y por tanto debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.